**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-01391-lmj |
| | § | |
| NIGEL C BROWNE | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/07/2011. The undersigned trustee was appointed on 04/07/2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $5,747.45

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $7.12 |
   | Bank service fees | $172.57 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $5,567.76 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 05/17/2012 and the deadline for filing government claims was 05/17/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,324.75. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,324.75, for a total compensation of $1,324.75[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $188.00, for total expenses of $188.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/06/2015         By:   /s/ Dallas J. Janssen
                                Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT** Page No: 1  Exhibit A
**ASSET CASES**

| Case No.: | 11-01391-lmj | Trustee Name: | Dallas J. Janssen |
|---|---|---|---|
| Case Name: | BROWNE, NIGEL C | Date Filed (f) or Converted (c): | 04/07/2011 (f) |
| For the Period Ending: | 10/6/2015 | §341(a) Meeting Date: | 05/09/2011 |
| | | Claims Bar Date: | 05/17/2012 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 1707 SW 32nd Lane Ankeny, IA 50023 Date purchased:4/17/2008 Legal Description: Lot 2 The Village at White Birch Plat 2, Polk County | $109,600.00 | $0.00 | | $0.00 | FA |
| 2 | Bank of The West Checking acct#x9888 | $76.09 | $57.07 | | $57.07 | FA |
| 3 | Household Goods and Furnishings | $2,300.00 | $0.00 | | $0.00 | FA |
| 4 | Clothing | $300.00 | $0.00 | | $0.00 | FA |
| 5 | Watch | $100.00 | $0.00 | | $0.00 | FA |
| 6 | Earned income from Blazin Wild Wings | Unknown | $0.00 | | $0.00 | FA |
| 7 | 2006 Chrysler 300 (77,000mi) | $9,525.00 | $0.00 | | $0.00 | FA |
| 8 | Transfer of funds to g/f's account | $0.00 | $5,378.44 | | $5,378.93 | FA |
| Asset Notes: | day before filing | | | | | |
| 9 | Garnished Funds (u) | $0.00 | $311.43 | | $311.43 | FA |
| INT | Interest Earned (u) | Unknown | Unknown | | $0.02 | FA |

**TOTALS (Excluding unknown value)** | | $121,901.09 | $5,746.94 | | $5,747.45 | **Gross Value of Remaining Assets** $0.00

**Major Activities affecting case closing:**

The Debtor has been making irregular payments of $300 toward the amount owing the bankruptcy estate. A total of $4,700 has been paid and there is a balance owing of $735.51. The balance is expected to be paid by the end of September. A TFR can then be filed.

Mailed a final request for funds owing the bankruptcy estate. If there is no response by the middle of February, I will refer case to US Trustee's office for action to revoke discharge. I will then begin the process to disburse funds received in this estate.

The Trustee filed a Motion for Turnover of Property on June 2, 2014. An Order granting the Motion for Turnover of Property was entered on June 27, 2014. A payment of $300.00 was received on July 7, 2014. A letter referring to the Order granting the Motion for Turnover of Property will be mailed out to the Debtor in an attempt to collect the final $2,335.51. If the Debtor does not make payment or does not agrees to a satisfactory payment arrangement, this case will be referred to the UST's office for a revocation of Debtor's discharge.

T/C w/ Debtor - he will send $200 every 2 weeks and pay more when he can. $200 staring 6/16/14.

$2,635.51 left to collect from Debtor of funds that were transferred (and hid) in his g/f's account over the DOF.

debtor will be sending $1,600 of 2012 taxes and will continue with payments of $200 until paid in full

Debtor phone #216-925-6060

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2    Exhibit A

| **Case No.:** | 11-01391-lmj | | | **Trustee Name:** | Dallas J. Janssen |
| **Case Name:** | BROWNE, NIGEL C | | | **Date Filed (f) or Converted (c):** | 04/07/2011 (f) |
| **For the Period Ending:** | 10/6/2015 | | | **§341(a) Meeting Date:** | 05/09/2011 |
| | | | | **Claims Bar Date:** | 05/17/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

Debtor supposed to be on a payment plan to pay off balance - sending additional letters

Debtor transfered his money to g/f's account for DOF // Debtor to make payments & pay remainder with 2011 tax refunds // POC due 5/17/12, TFR will be submitted there after

**Initial Projected Date Of Final Report (TFR):** 12/31/2011    **Current Projected Date Of Final Report (TFR):** 11/30/2015    /s/ DALLAS J. JANSSEN

DALLAS J. JANSSEN

Page No: 1     Exhibit B

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 11-01391-lmj | Trustee Name: | Dallas J. Janssen |
|---|---|---|---|
| Case Name: | BROWNE, NIGEL C | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7735 | Checking Acct #: | ******9101 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 4/7/2011 | Blanket bond (per case limit): | $350,000.00 |
| For Period Ending: | 10/6/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|---|
| 09/15/2011 | | STERLING BANK | Transfer Funds | | 9999-000 | $311.45 | | $311.45 |
| 09/30/2011 | | Green Bank | Bank Service Fee | | 2600-000 | | $0.29 | $311.16 |
| 10/31/2011 | | Green Bank | Bank Service Fee | | 2600-000 | | $0.46 | $310.70 |
| 11/30/2011 | | Green Bank | Bank Service Fee | | 2600-000 | | $0.48 | $310.22 |
| 12/30/2011 | | Green Bank | Bank Service Fee | | 2600-000 | | $0.50 | $309.72 |
| 01/31/2012 | | Green Bank | Bank Service Fee | | 2600-000 | | $0.49 | $309.23 |
| 02/29/2012 | | Green Bank | Bank Service Fee | | 2600-000 | | $0.46 | $308.77 |
| 03/30/2012 | | Green Bank | Bank Service Fee | | 2600-000 | | $0.51 | $308.26 |
| 04/30/2012 | | Green Bank | Bank Service Fee | | 2600-000 | | $0.46 | $307.80 |
| 05/31/2012 | | Green Bank | Bank Service Fee | | 2600-000 | | $0.49 | $307.31 |
| 06/29/2012 | | Green Bank | Bank Service Fee | | 2600-000 | | $0.49 | $306.82 |
| 07/31/2012 | | Green Bank | Bank Service Fee | | 2600-000 | | $0.47 | $306.35 |
| 08/15/2012 | | Rachel L. Alldredge | multiple assets | | * | $200.00 | | $506.35 |
| | {2} | | Bank of The West Checking acct#x9888 | $57.07 | 1129-000 | | | $506.35 |
| | {8} | | Transfer of funds to g/f's account | $142.93 | 1229-000 | | | $506.35 |
| 08/31/2012 | | Green Bank | Bank Service Fee | | 2600-000 | | $0.73 | $505.62 |
| 09/18/2012 | (8) | Rachel L. Alldredge | Transfer of funds to g/f's account | | 1229-000 | $200.00 | | $705.62 |
| 09/28/2012 | | Green Bank | Bank Service Fee | | 2600-000 | | $0.83 | $704.79 |
| 10/18/2012 | (8) | Rachel L. Alldredge | Transfer of funds to gf account | | 1229-000 | $200.00 | | $904.79 |
| 10/31/2012 | | Green Bank | Bank Service Fee | | 2600-000 | | $1.27 | $903.52 |
| 11/19/2012 | (8) | Rachel L. Alldredge | Transfer of funds to g/f's account | | 1229-000 | $200.00 | | $1,103.52 |
| 11/30/2012 | | Green Bank | Bank Service Fee | | 2600-000 | | $1.64 | $1,101.88 |
| 12/19/2012 | (8) | Rachel L. Alldredge | Transfer of funds to g/f's acct | | 1229-000 | $200.00 | | $1,301.88 |
| 12/31/2012 | | Green Bank | Bank Service Fee | | 2600-000 | | $1.74 | $1,300.14 |
| 01/29/2013 | (8) | Rachel L. Alldredge | Transfer of funds to g/f's acct | | 1229-000 | $200.00 | | $1,500.14 |
| 01/31/2013 | | Green Bank | Bank Service Fee | | 2600-000 | | $2.11 | $1,498.03 |
| 02/28/2013 | | Green Bank | Bank Service Fee | | 2600-000 | | $2.18 | $1,495.85 |
| 03/29/2013 | | Green Bank | Bank Service Fee | | 2600-000 | | $2.41 | $1,493.44 |
| | | | **SUBTOTALS** | | | $1,511.45 | $18.01 | |

**FORM 2**

Page No: 2         Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-01391-lmj | Trustee Name: | Dallas J. Janssen |
|---|---|---|---|
| Case Name: | BROWNE, NIGEL C | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7735 | Checking Acct #: | ******9101 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 4/7/2011 | Blanket bond (per case limit): | $350,000.00 |
| For Period Ending: | 10/6/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $2.33 | $1,491.11 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $2.56 | $1,488.55 |
| 06/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $2.16 | $1,486.39 |
| 07/19/2013 | (8) | Nigel Browne | Transfer of funds to gf's acct | 1229-000 | $1,600.00 | | $3,086.39 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $3.23 | $3,083.16 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $5.29 | $3,077.87 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $4.48 | $3,073.39 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $4.95 | $3,068.44 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $4.95 | $3,063.49 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $4.78 | $3,058.71 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $5.25 | $3,053.46 |
| 02/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $4.45 | $3,049.01 |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $4.60 | $3,044.41 |
| 04/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $4.75 | $3,039.66 |
| 05/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $5.06 | $3,034.60 |
| 06/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $4.58 | $3,030.02 |
| 07/07/2014 | (8) | Nigel Browne | Transfer of Funds to g/f's account | 1229-000 | $300.00 | | $3,330.02 |
| 07/22/2014 | 5001 | International Sureties, LTD | Bond Payment | 2300-000 | | $4.45 | $3,325.57 |
| 07/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $5.26 | $3,320.31 |
| 08/29/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $5.53 | $3,314.78 |
| 09/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $5.00 | $3,309.78 |
| 10/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $5.68 | $3,304.10 |
| 11/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $4.81 | $3,299.29 |
| 12/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $5.32 | $3,293.97 |
| 01/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $5.48 | $3,288.49 |
| 02/06/2015 | (8) | Browne, Nigel | Transfer of funds to g/f's account | 1229-000 | $200.00 | | $3,488.49 |
| 02/27/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $5.01 | $3,483.48 |
| 03/30/2015 | (8) | Nigel Browne | Transfer of funds to g/f's account | 1229-000 | $200.00 | | $3,683.48 |
| | | | | **SUBTOTALS** | $2,300.00 | $109.96 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-01391-lmj | Trustee Name: | Dallas J. Janssen |
|---|---|---|---|
| Case Name: | BROWNE, NIGEL C | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7735 | Checking Acct #: | ******9101 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 4/7/2011 | Blanket bond (per case limit): | $350,000.00 |
| For Period Ending: | 10/6/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $5.45 | $3,678.03 |
| 04/27/2015 | (8) | Nigel Browne | Transfer of funds to g/f's account | 1229-000 | $300.00 | | $3,978.03 |
| 04/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $5.79 | $3,972.24 |
| 05/18/2015 | (8) | Nigel Browne | Transfer of funds to g/f's account | 1229-000 | $300.00 | | $4,272.24 |
| 05/27/2015 | 5002 | International Sureties, LTD | Bond Payment: 6/1/15 - 6/1/16 | 2300-000 | | $2.67 | $4,269.57 |
| 05/29/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $6.61 | $4,262.96 |
| 06/10/2015 | (8) | Nigel Browne | Transfer of funds to g/f's account | 1229-000 | $300.00 | | $4,562.96 |
| 06/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $6.96 | $4,556.00 |
| 07/08/2015 | (8) | Nigel Browne | Transfer of funds to g/f's account | 1229-000 | $300.00 | | $4,856.00 |
| 07/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $8.21 | $4,847.79 |
| 08/10/2015 | (8) | Nigel Browne | Transfer of funds to g/f's account | 1229-000 | $300.00 | | $5,147.79 |
| 08/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $7.64 | $5,140.15 |
| 09/14/2015 | (8) | Nigel Browne | Transfer of funds to g/f's account | 1229-000 | $436.00 | | $5,576.15 |
| 09/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $8.39 | $5,567.76 |

**SUBTOTALS**   $1,936.00   $51.72

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 11-01391-lmj | Trustee Name: | Dallas J. Janssen |
|---|---|---|---|
| Case Name: | BROWNE, NIGEL C | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7735 | Checking Acct #: | ******9101 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 4/7/2011 | Blanket bond (per case limit): | $350,000.00 |
| For Period Ending: | 10/6/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | Deposit | Disbursement | Balance |
|---|---|---|---|---|---|---|
| | | | TOTALS: | $5,747.45 | $179.69 | $5,567.76 |
| | | | Less: Bank transfers/CDs | $311.45 | $0.00 | |
| | | | Subtotal | $5,436.00 | $179.69 | |
| | | | Less: Payments to debtors | $0.00 | $0.00 | |
| | | | Net | $5,436.00 | $179.69 | |

| For the period of 4/7/2011 to 10/6/2015 | | For the entire history of the account between 09/15/2011 to 10/6/2015 | |
|---|---|---|---|
| Total Compensable Receipts: | $5,436.00 | Total Compensable Receipts: | $5,436.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,436.00 | Total Comp/Non Comp Receipts: | $5,436.00 |
| Total Internal/Transfer Receipts: | $311.45 | Total Internal/Transfer Receipts: | $311.45 |
| | | | |
| Total Compensable Disbursements: | $179.69 | Total Compensable Disbursements: | $179.69 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $179.69 | Total Comp/Non Comp Disbursements: | $179.69 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-01391-lmj | Trustee Name: | Dallas J. Janssen |
|---|---|---|---|
| Case Name: | BROWNE, NIGEL C | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | **-***7735 | Money Market Acct #: | ******1391 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 4/7/2011 | Blanket bond (per case limit): | $350,000.00 |
| For Period Ending: | 10/6/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/01/2011 | (9) | Litow & Pech, P.C. | Garnished Funds | 1241-000 | $311.43 | | $311.43 |
| 08/31/2011 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.01 | | $311.44 |
| 09/15/2011 | (INT) | STERLING BANK | Interest Earned For September 2011 | 1270-000 | $0.01 | | $311.45 |
| 09/15/2011 | | Green Bank | Transfer Funds | 9999-000 | | $311.45 | $0.00 |
| | | | **TOTALS:** | | $311.45 | $311.45 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $311.45 | |
| | | | Subtotal | | $311.45 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $311.45 | $0.00 | |

| For the period of 4/7/2011 to 10/6/2015 | | For the entire history of the account between 07/31/2011 to 10/6/2015 | |
|---|---|---|---|
| Total Compensable Receipts: | $311.45 | Total Compensable Receipts: | $311.45 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $311.45 | Total Comp/Non Comp Receipts: | $311.45 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $311.45 | Total Internal/Transfer Disbursements: | $311.45 |

**FORM 2**

Page No: 6  Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 11-01391-lmj | **Trustee Name:** Dallas J. Janssen |
| **Case Name:** | BROWNE, NIGEL C | **Bank Name:** STERLING BANK |
| **Primary Taxpayer ID #:** | **-***7735 | **Money Market Acct #:** ******1391 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** |
| **For Period Beginning:** | 4/7/2011 | **Blanket bond (per case limit):** $350,000.00 |
| **For Period Ending:** | 10/6/2015 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $5,747.45 | $179.69 | $5,567.76 |

**For the period of 4/7/2011 to 10/6/2015**

| | |
|---|---|
| Total Compensable Receipts: | $5,747.45 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,747.45 |
| Total Internal/Transfer Receipts: | $311.45 |
| | |
| Total Compensable Disbursements: | $179.69 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $179.69 |
| Total Internal/Transfer Disbursements: | $311.45 |

**For the entire history of the case between 04/07/2011 to 10/6/2015**

| | |
|---|---|
| Total Compensable Receipts: | $5,747.45 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,747.45 |
| Total Internal/Transfer Receipts: | $311.45 |
| | |
| Total Compensable Disbursements: | $179.69 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $179.69 |
| Total Internal/Transfer Disbursements: | $311.45 |

/s/ DALLAS J. JANSSEN

DALLAS J. JANSSEN

| Case No.: | 11-01391-lmj | | | | | | | | Trustee Name: | | Dallas J. Janssen |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | BROWNE, NIGEL C | | | | | | | | Date: | | 10/6/2015 |
| Claims Bar Date: | 05/17/2012 | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | DALLAS J. JANSSEN  700 Second Avenue, Suite 103  Des Moines IA 50309 | 09/14/2015 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $188.00 | $188.00 | $0.00 | $0.00 | $0.00 | $188.00 |
|  | DALLAS J. JANSSEN  700 Second Avenue, Suite 103  Des Moines IA 50309 | 10/06/2015 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $1,324.75 | $1,324.75 | $0.00 | $0.00 | $0.00 | $1,324.75 |
| 1 | CAPITAL ONE BANK (USA), N.A.  PO Box 71083  Charlotte NC 28272-1083 | 03/08/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,526.59 | $3,526.59 | $0.00 | $0.00 | $0.00 | $3,526.59 |
| 2 | CAPITAL ONE BANK (USA), N.A.  PO Box 71083  Charlotte NC 28272-1083 | 03/08/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,780.14 | $2,780.14 | $0.00 | $0.00 | $0.00 | $2,780.14 |
| 3 | VERIDIAN CREDIT UNION  1827 Ansbourough Ave  Waterloo IA 50704 | 03/16/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $341.13 | $341.13 | $0.00 | $0.00 | $0.00 | $341.13 |
| 4 | VERIDIAN CREDIT UNION  1827 Ansbourough Ave  Waterloo IA 50704 | 03/16/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,359.90 | $3,359.90 | $0.00 | $0.00 | $0.00 | $3,359.90 |
| 5 | GREAT LAKES EDUCATIONAL LOAN SERVICES  Claims Filing Unit  PO Box 8973  Madison WI 53708-8973 | 04/06/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $9,463.33 | $9,463.33 | $0.00 | $0.00 | $0.00 | $9,463.33 |

**Claim Notes:**   (5-1) student loans

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | CAPITAL ONE, N.A.  Bass & Associates, P.C.  3936 E. Ft. Lowell Road, Suite #200  Tucson AZ 85712 | 04/28/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,832.21 | $1,832.21 | $0.00 | $0.00 | $0.00 | $1,832.21 |

# CLAIM ANALYSIS REPORT

| Case No. | 11-01391-lmj | | Trustee Name: | Dallas J. Janssen |
| Case Name: | BROWNE, NIGEL C | | Date: | 10/6/2015 |
| Claims Bar Date: | 05/17/2012 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | CAVALRY PORTFOLIO SERVICES, LLC<br>500 Summit Lake Drive Suite 400<br>Valhalla NY 10595-1340 | 05/08/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $923.10 | $923.10 | $0.00 | $0.00 | $0.00 | $923.10 |

**Claim Notes:** (7-1) Cavalry Portfolio Services LLC as assignee of Wells Fargo Bank NA

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE<br>of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville SC 29602 | 05/14/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $729.73 | $729.73 | $0.00 | $0.00 | $0.00 | $729.73 |
| 9 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE<br>of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville SC 29602 | 05/14/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,259.49 | $1,259.49 | $0.00 | $0.00 | $0.00 | $1,259.49 |
| 10 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE<br>of B-Line, LLC<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville SC 29602 | 05/14/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,219.68 | $3,219.68 | $0.00 | $0.00 | $0.00 | $3,219.68 |
| | | | | | | **$28,948.05** | **$28,948.05** | **$0.00** | **$0.00** | **$0.00** | | **$28,948.05** |

CLAIM ANALYSIS REPORT

| Case No. | 11-01391-lmj | | Trustee Name: | Dallas J. Janssen |
|---|---|---|---|---|
| Case Name: | BROWNE, NIGEL C | | Date: | 10/6/2015 |
| Claims Bar Date: | 05/17/2012 | | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| General Unsecured § 726(a)(2) | $27,435.30 | $27,435.30 | $0.00 | $0.00 | $0.00 | $27,435.30 |
| Trustee Compensation | $1,324.75 | $1,324.75 | $0.00 | $0.00 | $0.00 | $1,324.75 |
| Trustee Expenses | $188.00 | $188.00 | $0.00 | $0.00 | $0.00 | $188.00 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:     11-01391-lmj
Case Name:    NIGEL C BROWNE
Trustee Name: Dallas J. Janssen

Balance on hand: $5,567.76

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $5,567.76

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Dallas J. Janssen, Trustee Fees | $1,324.75 | $0.00 | $1,324.75 |
| Dallas J. Janssen, Trustee Expenses | $188.00 | $0.00 | $188.00 |

Total to be paid for chapter 7 administrative expenses: $1,512.75
Remaining balance: $4,055.01

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $4,055.01

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: $0.00
Remaining balance: $4,055.01

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $27,435.30 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 14.8 percent, plus interest (if applicable).

**UST Form 101-7-TFR (5/1/2011)**

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | $3,526.59 | $0.00 | $521.23 |
| 2 | Capital One Bank (USA), N.A. | $2,780.14 | $0.00 | $410.90 |
| 3 | Veridian Credit Union | $341.13 | $0.00 | $50.42 |
| 4 | Veridian Credit Union | $3,359.90 | $0.00 | $496.60 |
| 5 | Great Lakes Educational Loan Services | $9,463.33 | $0.00 | $1,398.71 |
| 6 | Capital One, N.A. | $1,832.21 | $0.00 | $270.81 |
| 7 | Cavalry Portfolio Services, LLC | $923.10 | $0.00 | $136.44 |
| 8 | PYOD, LLC its successors and assigns as assignee | $729.73 | $0.00 | $107.86 |
| 9 | PYOD, LLC its successors and assigns as assignee | $1,259.49 | $0.00 | $186.16 |
| 10 | PYOD, LLC its successors and assigns as assignee | $3,219.68 | $0.00 | $475.88 |

Total to be paid to timely general unsecured claims: $4,055.01
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

**UST Form 101-7-TFR (5/1/2011)**